UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICK ROCHESTER, <br><br> Plaintiff, <br><br> v. <br><br> MERCHANT AND MEDICAL ADJUSTMENT BUREAU, INC. d/b/a CBA Tifton and Credit Bureau Associates, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:20-CV-4211-CAP |

## **O R D E R**

This action is before the court on the report and recommendation ("R&R") of the magistrate judge [Doc. No. 20], which recommends granting the plaintiff's motion for default judgment. The defendant has filed no objections. Finding no error, the court HEREBY ADOPTS the R&R as the order and opinion of this court. The Clerk is DIRECTED to enter judgment in favor of the plaintiff and against the defendant in the amount of $5,618.50.

**SO ORDERED** this 25th day of May, 2021.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge